






TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-01-00006-CR







Terence Martin, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT


NO. 99-538-K368, HONORABLE BURT CARNES, JUDGE PRESIDING






PER CURIAM

Appellant's motion to dismiss this appeal is granted.  See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.


Before Justices Kidd, B. A. Smith and Puryear

Dismissed on Appellant's Motion

Filed:   June 20, 2001

Do Not Publish


